No. 965. F. G. BUFFINGTON *v.* STATE OF GEORGIA. April 13, 1925. Petition for a writ of certiorari to the

267 U.S.   Cases Disposed of Without Consideration by the Court.

Court of Appeals of the State of Georgia denied. *Mr. M. B. Eubank* for petitioner. No appearance for respondent.